**794**

Clarence C. DORAN

v.

COMMONWEALTH of Kentucky.

Court of Appeals of Kentucky.

Nov. 9, 1973.

Appeal from Jefferson Circuit Court; John P. Hayes, Judge.

Anthony M. Wilhoit, David E. Murrell, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Thomas R. Emerson, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion by Justice REED, Affirming.*

Robert Owen BECKLEY, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Nov. 9, 1973.

Appeal from Jefferson Circuit, Chancery Branch, Third Division Court; George H. Kunzman, Judge.

Victor W. Dungan, Louisville, for appellant.

Ed W. Hancock, Atty. Gen., Carl Miller, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Chief Justice PALMORE, Affirming.*

Emma Sue EDWARDS, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Nov. 9, 1973.

Appeal from Hardin Circuit Court; J. Howard Holbert, Judge.

James T. Kelley, Elizabethtown, for appellant.

Ed W. Hancock, Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice OSBORNE, Affirming.*

Chester CRAWLEY, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Nov. 9, 1973.

Appeal from Pulaski Circuit Court; Lawrence S. Hail, Judge.

Roy L. Steers, Steers & Steers, Franklin, for appellant.

Ed W. Hancock, Atty. Gen., Kenneth A. Howe, Jr., Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

* Opinion ordered not to be published.